**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

**VIA U.S. MAIL**

Joe Jeter Sales
Attn: President/Chief Executive Officer
306 Hockaday
Garland, TX  75043

*/s/ Mary E. Augustine*
Mary E. Augustine, Esq. (No. 4477)

600470v1